UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

AT SPOKANE

| | |
|---|---|
| PLUMBERS UNION LOCAL NO. 12 PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMBASSADORS GROUP INC., et al.,<br><br>Defendants. | No. CV-09-00214-JLQ<br><br>CLASS ACTION<br><br>DECLARATION OF KARL P. BARTH IN SUPPORT OF THE MOTION OF IBEW LOCAL 351 WELFARE, PENSION AND ANNUITY FUNDS FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL |

DECLARATION OF KARL P. BARTH IN SUPPORT OF THE MOTION OF IBEW LOCAL 351 WELFARE, PENSION AND ANNUITY FUNDS (CV-09-00214-JLQ)

Lovell Mitchell & Barth, LLP
911 Western Ave., Suite 308, Seattle, WA 98104
Telephone: 206/432-8330 • Fax: 206/432-8331

KARL BARTH declares, under penalty of perjury:

1. I am a partner of Lovell Mitchell & Barth, LLP ("Lovell Mitchell"), one of plaintiff's counsel in the action entitled *Plumbers Union Local No. 12 Pension Fund vs. Ambassadors Group Inc., et al.*, Civ. No. CV-09-00214-JLQ. I submit this declaration in support of the motion of IBEW Local 351 Welfare, Pension and Annuity Funds ("IBEW Local 351") for appointment as Lead Plaintiff and for approval of selection of Lead and Liaison Counsel.

2. Attached hereto as Exhibit A is a true and accurate copy of the first notice regarding the pendency of this action, published by plaintiff on *Business Wire*, a national, business-oriented newswire service, on July 14, 2009.

3. Attached hereto as Exhibit B is a true and accurate copy of a loss chart presenting the transactions in the subject securities and summarizing the estimated losses of IBEW Local 351 at approximately $375,456.78 in connection with its transactions in Ambassadors Group Inc. common stock during the class period.

4. Attached hereto as Exhibit C is a true and accurate copy of the certification of IBEW Local 351.

5. Attached hereto as Exhibit D is a true and accurate copy of the firm resume of Coughlin Stoia Geller Rudman & Robbins LLP.

6. Attached hereto as Exhibit E is a true and accurate copy of the firm resume of Lovell Mitchell.

DATED: September 14, 2009

s/ Karl P. Barth
KARL P. BARTH

DECLARATION OF KARL BARTH. IN SUPPORT OF THE MOTION OF IBEW LOCAL 351 WELFARE, PENSION AND ANNUITY FUNDS (CV-09-00214-JLQ) - 1 -

Lovell Mitchell & Barth, LLP
911 Western Ave., Suite 308, Seattle, WA 98104
Telephone: 206/432-8330 • Fax: 206/432-8331