# EXHIBIT A

BUS     Coughlin Stoia Geller Rudman & Robbins LLP Files Class Action
        Jul 14 2009  17:26:01


Coughlin Stoia Geller Rudman & Robbins LLP Files Class Action Suit Against Ambassadors Group Inc.

Business Wire

NEW YORK -- July 14, 2009

Coughlin Stoia Geller Rudman & Robbins LLP ("Coughlin Stoia") (http://www.csgrr.com/cases/ambassadorsgroup/) today announced that a class action has been commenced on behalf of an institutional investor in the United States District Court for the Eastern District of Washington on behalf of purchasers of Ambassadors Group Inc. ("Ambassadors Group") (NASDAQ:EPAX) common stock during the period between February 8, 2007 and October 23, 2007 (the "Class Period").

If you wish to serve as lead plaintiff, you must move the Court no later than 60 days from today. If you wish to discuss this action or have any questions concerning this notice or your rights or interests, please contact plaintiff's counsel, Samuel H. Rudman or David A. Rosenfeld of Coughlin Stoia at 800/449-4900 or 619/231-1058, or via e-mail at djr@csgrr.com. If you are a member of this class, you can view a copy of the complaint as filed or join this class action online at http://www.csgrr.com/cases/ambassadorsgroup/. Any member of the putative class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member.

The complaint charges Ambassadors Group and certain of its officers and directors with violations of the Securities Exchange Act of 1934. Ambassadors Group is an educational company that organizes and promotes international and domestic travel programs for youth, athletes, and professionals.

The complaint alleges that during the Class Period, defendants issued materially false and misleading statements regarding the Company's business prospects. Specifically, defendants misrepresented and/or failed to disclose the following adverse facts: (a) that the Company was experiencing a lower conversion rate from people attending its informational meetings to booking travel; (b) that there was a decrease in the number of enrolled participants for the Company's 2008 travel programs, especially in its international outbound programs; (c) that the Company had utilized a different database in order to promote its travel programs to prospective clients; and (d) as a result of the foregoing, defendants lacked a reasonable basis for their positive statements about the Company and its prospects. As a result of defendants' false and misleading statements, Ambassadors Group stock traded at artificially inflated prices during the Class Period, reaching a high of $40.99 per share on October 18, 2007.

Then, on October 22, 2007, Ambassadors Group announced its financial results for the third quarter of 2007, the period ending September 30, 2007. For the quarter, the Company reported net income of $22.5 million and $1.12 fully diluted earnings per share. The Company also announced that "as of October 16, 2007, its net enrolled participants for 2008 travel programs were 26,200 compared to 37,300 participants as of the same date last year for its 2007 programs" and that the "decrease in net enrollments for its 2008 programs will negatively impact its 2008 earnings." In response to this announcement, the price of Ambassadors Group common stock fell $17.73 per share, or approximately 44%, to close

Copyright (c) 2009

BUS       Coughlin Stoia Geller Rudman & Robbins LLP Files Class Action
          Jul 14 2009  17:26:01

at $21.04 per share.

Plaintiff seeks to recover damages on behalf of all purchasers of Ambassadors Group common stock during the Class Period (the "Class"). The plaintiff is represented by Coughlin Stoia, which has expertise in prosecuting investor class actions and extensive experience in actions involving financial fraud.

Coughlin Stoia, a 190-lawyer firm with offices in San Diego, San Francisco, Los Angeles, New York, Boca Raton, Washington, D.C., Philadelphia and Atlanta, is active in major litigations pending in federal and state courts throughout the United States and has taken a leading role in many important actions on behalf of defrauded investors, consumers, and companies, as well as victims of human rights violations. The Coughlin Stoia Web site (http://www.csgrr.com) has more information about the firm.

Contact:

Coughlin Stoia Geller Rudman & Robbins LLP
Samuel H. Rudman, 800-449-4900
David A. Rosenfeld
djr@csgrr.com

-0- Jul/14/2009 21:26 GMT

Copyright (c) 2009