THE HONORABLE JUSTIN L. QUACKENBUSH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

AT SPOKANE

| | |
|---|---|
| PLUMBERS UNION LOCAL NO. 12 PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>AMBASSADORS GROUP INC., et al.,<br><br>　　　　　　　　　Defendants. | No. CV-09-00214-JLQ<br><br><u>CLASS ACTION</u><br><br>NOTICE OF HEARING FOR MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL<br><br>**<u>ORAL ARGUMENT REQUESTED</u>** |

NOTICE OF HEARING FOR MOTION FOR
APPOINTMENT AS LEAD PLAINTIFF AND
APPROVAL OF SELECTION OF LEAD
COUNSEL AND LIAISON COUNSEL
(CV-09-00214-JLQ)

Lovell Mitchell & Barth, LLP
911 Western Ave., Suite 308, Seattle, WA 98104
Telephone: 206/432-8330 • Fax: 206/432-8331

PLEASE TAKE NOTICE that institutional investor IBEW Local 351 Welfare, Pension and Annuity Funds ("IBEW Local 351") hereby moves this for an Order: (i) appointing IBEW Local 351 as Lead Plaintiff; (ii) approving IBEW Local 351's selection of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP to serve as Lead Counsel and the law firm of Lovell Mitchell & Barth, LLP to serve as Liaison Counsel; and (iii) granting such other and further relief as the Court may deem just and proper.  In support of this Motion, IBEW Local 351 submits herewith a Memorandum of Law and Declaration of Karl P. Barth, dated September 14, 2009.

PLEASE ALSO TAKE NOTICE that a telephonic hearing on this motion is scheduled for October 22, 2009 at 1:30 p.m. at the Court's local time.  Parties should use the Court's conference line at (509) 372-1234.

DATED:  September 14, 2009

**LOVELL MITCHELL & BARTH, LLP**

s/ Karl P. Barth

Karl P. Barth, WSBA #22780
911 Western Ave., Suite 308
Seattle, WA  98104
Telephone:  206/432-8330
206/432-8331 (fax)

[Proposed] Liaison Counsel

NOTICE OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL (CV-09-00214-JLQ) - 1 -

Lovell Mitchell & Barth, LLP
911 Western Ave., Suite 308, Seattle, WA 98104
Telephone: 206/432-8330 • Fax: 206/432-8331

| | |
|---|---|
| 1 | COUGHLIN STOIA GELLER |
| 2 | RUDMAN & ROBBINS LLP |
|   | JOHN K. GRANT |
| 3 | 100 Pine Street, Suite 2600 |
|   | San Francisco, CA  94111 |
| 4 | Telephone:  415/288-4545 |
|   | 415/288-4534 (fax) |
| 5 | |
|   | COUGHLIN STOIA GELLER |
| 6 | RUDMAN & ROBBINS LLP |
|   | SAMUEL H. RUDMAN |
| 7 | DAVID A. ROSENFELD |
|   | MARIO ALBA JR. |
| 8 | 58 South Service Road, Suite 200 |
|   | Melville, NY  11747 |
| 9 | Telephone:  631/367-7100 |
|   | 631/367-1173 (fax) |
| 10 | |
|    | [Proposed] Lead Counsel for Plaintiff |
| 11 | |
|    | ORANSKY SCARAGGI BORG |
| 12 | & ABBAMONTE, P.C. |
|    | MICHAEL T. SCARAGGI |
| 13 | 175 Fairfield Avenue, Suite 1A |
|    | West Caldwell, NJ  07006 |
| 14 | Telephone:  973/364-1200 |
| 15 | Additional Counsel for Plaintiff |

NOTICE OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL (CV-09-00214-JLQ)

- 2 -

Lovell Mitchell & Barth, LLP
911 Western Ave., Suite 308, Seattle, WA 98104
Telephone: 206/432-8330 • Fax: 206/432-8331