HONORABLE JUSTIN L. QUACKENBUSH

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| PLUMBERS UNION LOCAL NO. 12 PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMBASSADORS GROUP, INC., et al.<br><br>Defendants. | No. CV-09-00214-JLQ<br><br>CLASS ACTION<br><br>MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED ADMISSION OF SAMUEL H. RUDMAN *PRO HAC VICE* AS COUNSEL FOR PLAINTIFF |

MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED
ADMISSION OF SAMUEL H. RUDMAN *PRO HAC VICE* AS
COUNSEL FOR PLAINTIFF (CV-09-00214-JLQ) – Page 1

LOVELL MITCHELL & BARTH, LLP
911 Western AVE, Suite 308
Seattle, WA 98104
Tel. 206/432-8330
Fax 206/432-8331

Pursuant to Local Rule 83.2(c) of the United States District Court for the Eastern District of Washington, plaintiff, through their designated local counsel of Lovell Mitchell & Barth, LLP, applicant Samuel H. Rudman respectfully moves this Court for an order granting his admission *Pro Hac Vice* in the instant action, with the corresponding right to appear, participate and be heard on matters pertaining thereto. Accompanying this Memorandum is the sworn declaration of Samuel H. Rudman establishing all requirements of admission:

Mr. Rudman's full business address and contact numbers:

**COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP**
58 South Service Road, Suite 200
Melville, NY 11747
Tel.:   631/367-7100
Fax:   631/367-1173

The dates of Mr. Rudman's admission to practice before other courts:

*See* Declaration of Samuel H. Rudman in Support of his Motion for Limited Admission as *Pro Hac Vice* as Counsel for Plaintiff.

The contact information for the admitted counsel with whom Mr. Rudman will be associated:

Karl P. Barth, WSBA #22780
**LOVELL MITCHELL & BARTH, LLP**
911 Western AVE, Suite 308
Seattle, WA 98104
Tel.:   206/432-8330
Fax:   206/432-8331

In satisfaction of Local Rule 83.2(c)(1), the application fee of $150.00 shall be forthwith submitted to the Clerk of the United States District Court for the Eastern District of Washington.

MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED ADMISSION OF SAMUEL H. RUDMAN *PRO HAC VICE* AS COUNSEL FOR PLAINTIFF (CV-09-00214-JLQ) – Page 2

LOVELL MITCHELL & BARTH, LLP
911 Western AVE, Suite 308
Seattle, WA 98104
Tel. 206/432-8330
Fax 206/432-8331

Respectfully submitted this 22nd day of September, 2009 by:

        LOVELL MITCHELL & BARTH, LLP

By: /s/ Karl P. Barth
    Karl P. Barth, WSBA #22780
    911 Western AVE, Suite 308
    Seattle, WA 98104
    Tel.: 206/432-8330
    Fax: 206/432-8331

*[Proposed] Liaison Counsel for Plaintiff*

COUGHLIN STOIA GELLER RUDMAN &
  ROBBINS, LLP
John K. Grant
100 Pine Street, Suite 2600
San Francisco, CA 94111
Tel.: 415/288-4545
Fax: 415/288-4534

COUGHLIN STOIA GELLER RUDMAN &
  ROBBINS, LLP
Samuel H. Rudman
David A. Rosenfeld
Mario Alba, Jr.
58 South Service Road, Suite 200
Melville, NY 11747
Tel.: 631/367-7100
Fax: 631/367-1173

*[Proposed] Lead Counsel for Plaintiff*

ORANSKY SCARAGGI BORG &
  ABBAMONTE, P.C.
Michael T. Scaraggi
175 Fairfield AVE, Suite 1A
West Caldwell, NJ 07006
Tel.: 973/364-1200

*Additional Counsel for Plaintiff*

MEMORANDUM IN SUPPORT OF MOTION FOR LIMITED ADMISSION OF SAMUEL H. RUDMAN *PRO HAC VICE* AS COUNSEL FOR PLAINTIFF (CV-09-00214-JLQ) – Page 3

LOVELL MITCHELL & BARTH, LLP
911 Western AVE, Suite 308
Seattle, WA 98104
Tel. 206/432-8330
Fax 206/432-8331