1  Stellman Keehnel, WSBA #9309
   **DLA PIPER LLP (US)**
2  701 Fifth Avenue, Suite 7000
   Seattle, WA  98104
3  Telephone:  (206) 839-4800
   Facsimile:   (206) 839-4801
4  Email:  stellman.keehnel@dlapiper.com

5  Attorneys for Chadwick J. Byrd

6

7              UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF WASHINGTON
8

9  PLUMBERS UNION LOCAL NO. 12          CASE NO.:  CV-09-214-JLQ
   PENSION FUND, Individually and on
10 Behalf of All Others Similarly Situated,    **NOTICE OF WITHDRAWAL
                                                AND SUBSTITUTION OF
11          Plaintiffs,                          COUNSEL**

12      v.

13 AMBASSADORS GROUP INC.,
   JEFFREY D. THOMAS, CHADWICK J.
14 BYRD and MARGARET M. THOMAS,

15          Defendants.

16

17

18      TO:  All Parties and Counsel of Record

19      PLEASE TAKE NOTICE that Barry M. Kaplan and Douglas W. Greene of

20 Wilson Sonsini Goodrich & Rosati, P.C. ("WSGR"), 701 5th Ave., Suite 5100,

21 Seattle, WA 98104, hereby withdraw as Attorneys of Record for defendant

22 Chadwick J. Byrd.

23

24
   NOTICE OF WITHDRAWAL AND              **DLA Piper LLP (US)**
   SUBSTITUTION OF COUNSEL - 1           **701 Fifth Avenue, Suite 7000**
   CASE No. CV-09-214-JLQ                **Seattle, WA  98104-7044 * Tel: 206.839.4800**

1    PLEASE TAKE FURTHER NOTICE that Stellman Keehnel of DLA Piper

2   LLP (US), 701 5th Ave., Suite 7000, Seattle, WA 98104, hereby substitutes as

3   Attorney of Record for the withdrawing counsel.

4    Mr. Byrd respectfully requests that all necessary changes be made to the

5   Court's records and ECF, and that all future communications regarding this case be

6   directed to the following address:

7       Stellman Keehnel, WSBA #9309
        **DLA PIPER LLP (US)**
8       701 Fifth Avenue, Suite 7000
        Seattle, WA  98104-7044
9       Tel.:  (206) 839-4800
        Fax:   (206) 494-1790
10      Email: stellman.keehnel@dlapiper.com

11    WSGR shall remain Attorneys of Record for defendants Ambassadors

12   Group Inc., Jeffrey D. Thomas, and Margaret M. Thomas.

13   Dated:  September 25, 2009          WILSON SONSINI GOODRICH & ROSATI,
                                         P.C.
14

15                                       s/ Barry M. Kaplan
                                         Barry M. Kaplan, WSBA #8661
16                                       Douglas W. Greene, WSBA #22844

17                                       Attorneys for Defendants
                                         Ambassadors Group, Inc., Jeffrey D.
18                                       Thomas and Margaret M. Thomas

19
     Dated:  September 25, 2009          DLA PIPER LLP (US)
20

21                                       s/ Stellman Keehnel
                                         Stellman Keehnel, WSBA #9309
22

                                         Attorneys for Defendant
23                                       Chadwick J. Byrd

24

NOTICE OF WITHDRAWAL AND
SUBSTITUTION OF COUNSEL - 2
CASE No. CV-09-214-JLQ

**DLA Piper LLP (US)**
**701 Fifth Avenue, Suite 7000**
**Seattle, WA  98104-7044 * Tel: 206.839.4800**

1

## CERTIFICATE OF SERVICE

2      I hereby certify that on September 25, 2009, I electronically filed the

3   foregoing with the Clerk of the Court using the CM/ECF system, which will send

4   notification of such filing to the following:

5      Karl P Barth
       kbarth@lmbllp.com,shelby@lmbllp.com
6
       Douglas W. Greene
7      dgreene@wsgr.com

8      Barry M. Kaplan
       bkaplan@wsgr.com
9

10   Dated:  September 25, 2009

11                                    s/ Stellman Keehnel
                                      Stellman Keehnel, WSBA #9309
12
WEST\21802613.1
13

14

15

16

17

18

19

20

21

22

23

24

NOTICE OF WITHDRAWAL AND
SUBSTITUTION OF COUNSEL - 3
CASE No. CV-09-214-JLQ

**DLA Piper LLP (US)**
**701 Fifth Avenue, Suite 7000**
**Seattle, WA  98104-7044 * Tel: 206.839.4800**