Barry M. Kaplan, WSBA #8661
Douglas W. Greene, WSBA #22844
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Telephone:  (206) 883-2500
Facsimile:   (206) 883-2699
Email:  bkaplan@wsgr.com
Email:  dgreene@wsgr.com

Attorneys for Defendants Ambassadors
Group, Inc., Jeffrey D. Thomas and
Margaret M. Thomas

Stellman Keehnel, WSBA #9309
**DLA PIPER US LLP**
701 Fifth Avenue, Suite 7000
Seattle, WA  98104-7044
Tel.:  (206) 839-4800
Fax:  (206) 494-1790
Email: stellman.keehnel@dlapiper.com

Attorneys for Defendant Chadwick J. Byrd

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PLUMBERS UNION LOCAL NO. 12 PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMBASSADORS GROUP INC., JEFFREY D. THOMAS, CHADWICK J. BYRD and MARGARET M. THOMAS,<br><br>Defendants. | CASE NO.:  CV-09-214-JLQ<br><br>**DEFENDANT AMBASSADORS GROUP, INC., JEFFREY D. THOMAS, CHADWICK J. BYRD, AND MARGARET M. THOMAS'S RESPONSE TO LEAD PLAINTIFF MOTION** |

RESPONSE TO LEAD PLAINTIFF MOTION

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

1   Defendants Ambassadors Group, Inc., Jeffrey D. Thomas, Chadwick J.
2   Byrd, and Margaret M. Thomas respectfully submit this response to the motion for
3   appointment of lead plaintiff and lead counsel, as filed on September 14, 2009.

4   The above-listed defendants (the "Defendants") take no position at this time
5   regarding (i) the appointment of lead plaintiff or (ii) the proposed lead plaintiff's
6   selection of lead counsel. However, if and when the Court considers a motion for
7   class certification, the Defendants reserve their right to challenge the adequacy of
8   the lead plaintiff and lead counsel, the typicality of the claims asserted in the
9   amended complaint, and any other matters relevant to the requirements of Rule 23.
10  As the Ninth Circuit has stated: "It is not inconceivable that a lead plaintiff
11  appointed originally might turn out to be an inadequate class representative and
12  that a change might have to be made." *Z-Seven Fund, Inc. v. Motorcar Parts &*
13  *Accessories*, 231 F.3d 1215, 1218-19 (9th Cir. 2000); *see also* Joint Explanatory
14  Statement of Committee of Conference, H.R. Conf. Rep. No. 104-369, at 34
15  (1995), *reprinted in* 1995 U.S.C.C.A.N. 730, 733 ("[t]he provisions of the bill
16  relating to the appointment of a lead plaintiff are not intended to affect current law
17  [under FRCP Rule 23] with regard to challenges to the adequacy of the class
18  representative or typicality of the claims among the class").

19  Dated: September 28, 2009              WILSON SONSINI GOODRICH & ROSATI, P.C.
20
                                          s/ Barry M. Kaplan
21                                        Barry M. Kaplan, WSBA #8661
                                          Douglas W. Greene, WSBA #22844
22
                                          Attorneys for Defendants Ambassadors
23                                        Group, Inc., Jeffrey D. Thomas and
                                          Margaret M. Thomas
24

RESPONSE TO LEAD PLAINTIFF MOTION - 1         **WILSON SONSINI GOODRICH & ROSATI**
                                              701 Fifth Avenue, Suite 5100
                                              Seattle, WA 98104-7036
                                              Tel: (206) 883-2500
                                              Fax: (206) 883-2699

1   Dated: September 28, 2009            DLA PIPER LLP (US)

2

3                                        s/ Stellman Keehnel
                                         Stellman Keehnel, WSBA #9309
4                                        Attorneys for Defendant
                                         Chadwick J. Byrd
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

RESPONSE TO LEAD PLAINTIFF MOTION - 2                **WILSON SONSINI GOODRICH & ROSATI**
                                                      701 Fifth Avenue, Suite 5100
                                                      Seattle, WA 98104-7036
                                                      Tel: (206) 883-2500
                                                      Fax: (206) 883-2699

# CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Karl P Barth
    kbarth@lmbllp.com

    Douglas W Greene
    dgreene@wsgr.com

    Barry M Kaplan
    bkaplan@wsgr.com

    Stellman Keehnel
    stellman.keehnel@dlapiper.com

and I hereby certify that I have caused the document to be mailed by United States Postal Service to the following non CM/ECF participants:

    Mario Alba, Jr
    David A Rosenfeld
    Samuel H Rudman
    Coughlin Stoia Geller Rudman & Robbins LLP
    58 South Service Road
    Melville, NY 11747

Dated: September 28, 2009

                                               s/ Barry M. Kaplan
                                               Barry M. Kaplan, WSBA#8661

RESPONSE TO LEAD PLAINTIFF MOTION - 3

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699