# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PLUMBERS UNION LOCAL NO..12, PENSION FUND, et al., <br><br> Plaintiff(s), <br><br> vs. <br><br> AMBASSADOR'S GROUP, et al., <br> Defendant(s). | Case No. Cv-09-CV-00214-JLQ <br><br> **CIVIL MINUTES** <br><br> DATE: 10/22/2009  LOCATION: Spokane <br><br> **TELEPHONIC MOTION** |

| | | |
|---|---|---|
| | **Judge   Justin L. Quackenbush** | |
| Margaret Buckner <br> **Courtroom Deputy** | Matt Gunn <br> **Law Clerk** | Ronelle Corbey <br> (509) 458-5283 <br> **Court Reporter** |
| Mario Alba <br> **Plaintiff's Counsel** | Douglas Greene and Chris Nelson <br> **Defendant's Counsel** | |

[ ] **Open Court**        [ ] **Chambers**        [ X ] **Telecon**        **By:**

Plaintiff IBEW Local 351's Motion to Appoint Counsel and Lead Plaintiff (Ct.Rec. 6) heard telephonically.

Plaintiff's Motion (Ct.Rec.6) is Granted.
Any Amended Complaint shall be served and filed on or before 11/23/09.

See Court's Order Granting Motion for all rulings by the court.

| | | | |
|---|---|---|---|
| CONVENED:  1:30 PM | ADJOURNED: 1:45 PM | TIME:  00/15 | CALENDARED [  ] |