THE HONORABLE JUSTIN L. QUACKENBUSH

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN K. GRANT
PHILLIP G. FREEMON
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

AT SPOKANE

| | |
|---|---|
| PLUMBERS UNION LOCAL NO. 12 PENSION FUND, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> AMBASSADORS GROUP INC., et al., <br><br> Defendants. | No. CV-09-00214-JLQ <br><br> <u>CLASS ACTION</u> <br><br> LEAD PLAINTIFF PLUMBERS UNION LOCAL NO. 12 PENSION FUND'S OPPOSITION TO DEFENDANTS AMBASSADOR GROUP INC., JEFFREY D. THOMAS AND MARGARET M. THOMAS' REQUEST FOR JUDICIAL NOTICE <br><br> ORAL ARGUMENT REQUESTED <br><br> DATE: May 20, 2010 <br> TIME: 1:30 p.m. <br> COURTROOM: The Honorable Justin L. Quackenbush |

507809_1

LD PLF PLUMBERS UNION LOCAL NO. 12
PENSION FUND'S OPPOSITION TO DFTS
AMBASSADOR GROUP INC., J. D. THOMAS
AND M. M. THOMAS' REQ FOR JUDICIAL
NOTICE (CV-09-00214-JLQ)

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor, San Francisco, CA  94111
Telephone:  415/288-4545 • Fax:  415/288-4534

Defendants Ambassadors Group Inc. ("Ambassadors" or the "Company"), Jeffrey D. Thomas and Margaret M. Thomas ask this Court to take judicial notice of certain documents in support of defendants' motion to dismiss plaintiff's First Amended Complaint for Violations of Federal Securities Laws. Dkt. No. 45. Defendants request judicial notice of: (1) certain transcripts of conference calls conducted by Ambassadors; (2) certain U.S. Securities and Exchange Commission ("SEC") Forms 3 and 4 reporting stock transactions by named individuals; (3) additional SEC filings made by Ambassadors, including certain Forms 8-K, 10-K, and 14A; and (4) an excerpt of legislative history.

Lead plaintiff Plumbers Union Local No. 12 Pension Fund does not object to judicial notice of these documents for the limited purpose of establishing the content of the documents.

Plaintiff does object to the request to the extent defendants seek to establish or have the Court assume the truth of the matters asserted in such documents. Under the Federal Rules of Civil Procedure, "'a district court may not consider any material beyond the pleadings in ruling on a Rule 12(b)(6) motion.'" *Lee v. City of Los Angeles*, 250 F.3d 688, 688 (9th Cir. 2001) (quoting *Branch v. Tunnell*, 14 F.3d 449, 453 (9th Cir. 1994)). Although a court may consider materials that are attached to or cited in the complaint, or certain undisputed matters of public record, such notice is limited to the contents of the documents and does not allow a court to assume the truth of the matters asserted. *Lee*, 250 F.3d at 688.

In *Lee*, the Ninth Circuit noted that the lower court had improperly "assumed the existence of facts that favor defendants based on evidence outside plaintiffs' pleadings, [and] took judicial notice of the truth of disputed factual matters." *Id.* The Ninth Circuit explained that "when a court takes judicial notice of another court's opinion, it may do so 'not for the truth of the facts recited therein, but for the existence

507809_1

LD PLF PLUMBERS UNION LOCAL NO. 12 PENSION FUND'S OPPOSITION TO DFTS AMBASSADOR GROUP INC., J. D. THOMAS AND M. M. THOMAS' REQ FOR JUDICIAL NOTICE (CV-09-00214-JLQ)

- 1 -

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor, San Francisco, CA 94111
Telephone: 415/288-4545 • Fax: 415/288-4534

of the opinion . . . .'" *Id.* at 690 (citation omitted). *See also Klein v. Freedom Strategic Partners, LLC*, 595 F. Supp. 2d 1152, 1157 (D. Nev. 2009) (when taking notice of a public record, the court "'may do so not for the truth of the facts recited therein, but for the existence of the [record], which is not subject to reasonable dispute over its authenticity'") (alteration in original and citation omitted).

Ambassadors' motion to dismiss is replete, however, with disputed factual assertions which are improper in the context of a motion to dismiss. For example, defendants make the factual assertion that the "underperformance came as a surprise to the Company because it had tested the mailing list in prior years using reliable testing methods that had proved successful in the past." Ambassadors' Mem. at 1:19-21.[1] Similar factual assertions are made in Ambassadors' Memorandum at 8:8-16, 26:13-27:9.

All of these matters are disputed factual assertions based on defendants' own say-so. There is simply no evidence before this Court that Ambassadors was surprised, that the testing methods were reliable or that they had been successful in the past, nor would it even be proper for the Court to consider such evidence on a pleading motion. The fact that defendants may have made such claims during the conference calls does not turn the self-serving assertions either into evidence or into factual assertions subject to judicial notice.

---

[1] "Ambassadors' Mem." or "Memorandum" refer to Defendants Ambassadors Group Inc., Jeffrey D. Thomas and Margaret M. Thomas' Memorandum in Support of Motion to Dismiss First Amended Complaint for Violations of Federal Securities Laws. Dkt. No. 51.

507809_1

LD PLF PLUMBERS UNION LOCAL NO. 12 PENSION FUND'S OPPOSITION TO DFTS AMBASSADOR GROUP INC., J. D. THOMAS AND M. M. THOMAS' REQ FOR JUDICIAL NOTICE (CV-09-00214-JLQ)

- 2 -

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor, San Francisco, CA 94111
Telephone: 415/288-4545 • Fax: 415/288-4534

1    Defendants similarly insist that Ambassadors "relies on names lists from many
2 different sources to identify potential program participants for initial invitations." *Id.*
3 at 5:13-14. "The Company utilizes dozens of different sources for names across all
4 product lines." *Id.* at 7:22-28:1. No evidence supports these assertions, regardless of
5 whether defendants made that claim during the class period and repeat it now. In fact,
6 the president of People to People International, the entity that sponsors Ambassadors'
7 trips has admitted that Ambassadors gets its names from three sources:

8    Eisenhower says the names of potential student ambassadors are generated from
9 three sources:

10    • A mailing list complied by the American Student List company;

11    • Nominations from parents and teachers; and

12    • Nominations from individuals who've traveled with the organization.

13 Declaration of John K. Grant in Support of Lead Plaintiff Plumbers Union Local No.
14 12 Pension Fund's Opposition to Defendants Ambassadors Group Inc., Jeffrey D.
15 Thomas and Margaret M. Thomas' Motion to Dismiss First Amended Complaint for
16 Violations of Federal Securities Laws (concurrently filed herewith), Exhibit A.[2]
17 CW1, moreover, told plaintiff that 90% of the names come from a mailing list. ¶37.

18    Defendants make similar assertions concerning the economy (Ambassadors'
19 Mem. at 1:15-21, 29:6-10), regarding at what point in the year defendants might have
20 known a problem existed (*id*. at 28:5-7), and claiming that Ambassadors' disclosure
21 was "prompt and candid." *Id.* at 29:11. Here again, all of these factual assertions are

---

[2]    *See also* Exhibit B to the Declaration of John K. Grant ("We learned the Ambassador Group buys the names of prospective students from a national list service – the American Student List.").

507809_1

LD PLF PLUMBERS UNION LOCAL NO. 12
PENSION FUND'S OPPOSITION TO DFTS
AMBASSADOR GROUP INC., J. D. THOMAS
AND M. M. THOMAS' REQ FOR JUDICIAL
NOTICE (CV-09-00214-JLQ)

- 3 -

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor, San Francisco, CA 94111
Telephone: 415/288-4545 • Fax: 415/288-4534

1 outside the complaint, are subject to dispute and should be disregarded by this Court
2 until after plaintiff has had the opportunity for discovery and they are properly
3 asserted either at summary judgment or at trial.
4     Lead plaintiff respectfully objects to defendants' request for judicial notice to
5 the extent they rely on the cited documents to establish the truth of the matters
6 asserted.

7 DATED: March 11, 2010

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN K. GRANT
PHILLIP G. FREEMON

_____
JOHN K. GRANT

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail: jgrant@csgrr.com
E-mail: gfreemon@csgrr.com

Lead Counsel for Plaintiff

HAGENS BERMAN SOBOL SHAPIRO LLP
KARL P. BARTH – 22780
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Telephone:  206/623-7292
206/623-0594 (fax)
E-mail: karlb@hbsslaw.com

Liaison Counsel for Plaintiff

ROBERT M. CHEVERIE
  & ASSOCIATES
GREGORY CAMPORA
Commerce Center One
333 E. River Drive, Suite 101
East Hartford, CT  06108
Telephone:  860/290-9610

Additional Counsel for Plaintiff

507809_1

LD PLF PLUMBERS UNION LOCAL NO. 12
PENSION FUND'S OPPOSITION TO DFTS
AMBASSADOR GROUP INC., J. D. THOMAS
AND M. M. THOMAS' REQ FOR JUDICIAL
NOTICE (CV-09-00214-JLQ)

- 4 -

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor, San Francisco, CA  94111
Telephone:  415/288-4545 • Fax:  415/288-4534

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mario Alba, Jr.
Coughlin Stoia Geller Rudman & Robbins LLP
E-mail: malba@csgrr.com

Karl P. Barth, WSBA No. 22780
Hagens Berman Sobol Shapiro LLP
E-mail: Karlb@hbsslaw.com

John K. Grant
Coughlin Stoia Geller Rudman & Robbins LLP
E-mail: jgrant@csgrr.com

Douglas W. Greene, WSBA No. 22844
Wilson Sonsini Goodrich & Rosati
E-mail: dgreene@wsgr.com

Barry M. Kaplan, WSBA No. 8661
Wilson Sonsini Goodrich & Rosati
E-mail: bkaplan@wsgr.com

Stellman Keehnel, WSBA No. 9309
DLA Piper LLP (US)
E-mail: stellman.keehnel@dlapiper.com

David A. Rosenfeld
Coughlin Stoia Geller Rudman & Robbins LLP
E-mail: drosenfeld@csgrr.com

Samuel H. Rudman
Coughlin Stoia Geller Rudman & Robbins LLP
E-mail: srudman@csgrr.com

507809_1

LD PLF PLUMBERS UNION LOCAL NO. 12 PENSION FUND'S OPPOSITION TO DFTS AMBASSADOR GROUP INC., J. D. THOMAS AND M. M. THOMAS' REQ FOR JUDICIAL NOTICE (CV-09-00214-JLQ)

- 5 -

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor, San Francisco, CA 94111
Telephone: 415/288-4545 • Fax: 415/288-4534

1  I certify under penalty of perjury under the laws of the United States of America
2  that the foregoing is true and correct.  Executed on March 11, 2010.

3
4
5
   _____
6  JOHN K. GRANT

7  COUGHLIN STOIA GELLER
8      RUDMAN & ROBBINS LLP
   100 Pine Street, 26th Floor
9  San Francisco, CA  94111
   Telephone:  415/288-4545
10 415/288-4534 (fax)
11 E-mail:  jgrant@csgrr.com

12 Lead Counsel for Plaintiff

13
14
15
16
17
18
19
20
21
22
23
24
25
26

507809_1

LD PLF PLUMBERS UNION LOCAL NO. 12 PENSION FUND'S OPPOSITION TO DFTS AMBASSADOR GROUP INC., J. D. THOMAS AND M. M. THOMAS' REQ FOR JUDICIAL NOTICE (CV-09-00214-JLQ)

- 6 -

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor, San Francisco, CA  94111
Telephone:  415/288-4545 • Fax:  415/288-4534