THE HONORABLE JUSTIN L. QUACKENBUSH

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN K. GRANT
PHILLIP G. FREEMON
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

AT SPOKANE

| | |
|---|---|
| PLUMBERS UNION LOCAL NO. 12 PENSION FUND, Individually and on Behalf of All Others Similarly Situated, ) ) ) ) | No. CV-09-00214-JLQ |
| Plaintiff, ) ) | CLASS ACTION |
| vs. ) ) | DECLARATION OF JOHN K. GRANT IN SUPPORT OF LEAD PLAINTIFF PLUMBERS UNION LOCAL NO. 12 PENSION FUND'S OPPOSITION TO DEFENDANTS AMBASSADORS GROUP INC., JEFFREY D. THOMAS AND MARGARET M. THOMAS' MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR VIOLATIONS OF FEDERAL SECURITIES LAWS |
| AMBASSADORS GROUP INC., et al., ) ) | |
| Defendants. ) ) ) | |

ORAL ARGUMENT REQUESTED

DATE:     May 20, 2010
TIME:     1:30 p.m.
CRTRM:  The Honorable Justin L.
              Quackenbush

DEC OF J K GRANT IN SPRT OF LD PLTF
PLUMBERS UNION LOCAL NO. 12 PENSION
FUND'S OPP TO DFTS AMBASSADORS GRP, J
D THOMAS & M M THOMAS' MTN TO DISMISS
FIRST AMND COMPL (CV-09-00214-JLQ)

- 1 -

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor, San Francisco, CA  94111
Telephone:  415/288-4545 • Fax:  415/288-4534

1    I, JOHN K. GRANT, declare as follows:

2    1.    I am an attorney duly licensed to practice before all of the courts of the

3    States of California and Colorado and am permitted to participate in this case *pro hac*

4    *vice* on behalf of plaintiff.  I am a member of the law firm of Coughlin Stoia Geller

5    Rudman & Robbins LLP, one of the counsel of record for plaintiff in the above-

6    entitled action.  I have personal knowledge of the matters stated herein and, if called

7    upon, I could and would competently testify thereto.

8    2.    Attached are true and correct copies of the following exhibits:

9    Exhibit A:    Excerpt from iRipoff.com, *Read Complaint; People to People –*
                   *Marketing Fraud*, July 25, 2008, http://iripoff.com/1383/
10                 People_To_People.html (last visited Mar. 11, 2010);

11   Exhibit B:    Lisa    Wade    McCormick,    *Parents    Object    to    Student*
                   *Lists*, ConsumerAffairs.com, Nov. 20, 2006, http://www.
12                 consumeraffairs.com/news04/2006/11/people_to_people_lists.
                   html (last visited Mar. 11, 2010); and
13
     Exhibit C:    Excerpt from Ambassadors Group, Inc. Form 10-Q filed with the
14                 Securities and Exchange Commission on November 5, 2009.

15   I declare under penalty of perjury under the laws of the United States of

16   America that the foregoing is true and correct.  Executed this 11th day of March,

17   2010, at San Francisco, California.

18                                                   _____
19                                                   JOHN K. GRANT

20                                                   COUGHLIN STOIA GELLER
                                                       RUDMAN & ROBBINS LLP
21                                                   JOHN K. GRANT
                                                     PHILLIP G. FREEMON
22                                                   100 Pine Street, Suite 2600
                                                     San Francisco, CA  94111
23                                                   Telephone:  415/288-4545
                                                     415/288-4534 (fax)
24                                                   E-mail: jgrant@csgrr.com
                                                     E-mail: gfreemon@csgrr.com
25
                                                     Lead Counsel for Plaintiff
26

DEC OF J K GRANT IN SPRT OF LD PLTF
PLUMBERS UNION LOCAL NO. 12 PENSION
FUND'S OPP TO DFTS AMBASSADORS GRP, J                    - 2 -
D THOMAS & M M THOMAS' MTN TO DISMISS
FIRST AMND COMPL (CV-09-00214-JLQ)

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor, San Francisco, CA  94111
Telephone:  415/288-4545 • Fax:  415/288-4534

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 11, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mario Alba, Jr.
Coughlin Stoia Geller Rudman & Robbins LLP
E-mail: malba@csgrr.com

Karl P. Barth, WSBA No. 22780
Hagens Berman Sobol Shapiro LLP
E-mail: Karlb@hbsslaw.com

John K. Grant
Coughlin Stoia Geller Rudman & Robbins LLP
E-mail: jgrant@csgrr.com

Douglas W. Greene, WSBA No. 22844
Wilson Sonsini Goodrich & Rosati
E-mail: dgreene@wsgr.com

Barry M. Kaplan, WSBA No. 8661
Wilson Sonsini Goodrich & Rosati
E-mail: bkaplan@wsgr.com

Stellman Keehnel, WSBA No. 9309
DLA Piper LLP (US)
E-mail: stellman.keehnel@dlapiper.com

David A. Rosenfeld
Coughlin Stoia Geller Rudman & Robbins LLP
E-mail: drosenfeld@csgrr.com

Samuel H. Rudman
Coughlin Stoia Geller Rudman & Robbins LLP
E-mail: srudman@csgrr.com

DEC OF J K GRANT IN SPRT OF LD PLTF
PLUMBERS UNION LOCAL NO. 12 PENSION
FUND'S OPP TO DFTS AMBASSADORS GRP, J
D THOMAS & M M THOMAS' MTN TO DISMISS
FIRST AMND COMPL (CV-09-00214-JLQ)

- 3 -

1    I certify under penalty of perjury under the laws of the United States of America
2    that the foregoing is true and correct.  Executed on March 11, 2010.

3

4

5

6    JOHN K. GRANT

7    COUGHLIN STOIA GELLER
8        RUDMAN & ROBBINS LLP
     100 Pine Street, 26th Floor
9    San Francisco, CA  94111
     Telephone:  415/288-4545
10   415/288-4534 (fax)
11   E-mail:  jgrant@csgrr.com

12   Lead Counsel for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DEC OF J K GRANT IN SPRT OF LD PLTF
PLUMBERS UNION LOCAL NO. 12 PENSION
FUND'S OPP TO DFTS AMBASSADORS GRP, J         - 4 -
D THOMAS & M M THOMAS' MTN TO DISMISS
FIRST AMND COMPL (CV-09-00214-JLQ)

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor, San Francisco, CA  94111
Telephone:  415/288-4545 • Fax:  415/288-4534