UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PLUMBERS UNION LOCAL NO. 12 PENSION FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AMBASSADOR'S GROUP, et al.,<br><br>Defendants. | NO. CV-09-00214-JLQ<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING MOTION TO EXTEND TIME TO ANSWER** |

**IT IS HEREBY ORDERED:**

The Parties' Joint Stipulation Extending Defendant's Time to Answer First Amended Complaint (Ct. Rec. 85), construed by the court as a Joint Motion, is **GRANTED**. The Defendants shall answer the First Amended Complaint on or before **July 19, 2010.**

The Clerk is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this 28th day of June, 2010.

    s/ Justin L. Quackenbush
    JUSTIN L. QUACKENBUSH
    SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1