UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

PLUMBERS UNION LOCAL NO. 12
PENSION FUND, et al.,

                Plaintiffs,

v.

AMBASSADOR'S GROUP, et al.,

                Defendants.

NO. CV-09-00214-JLQ

**CLASS ACTION**

**ORDER DENYING MOTION FOR
COURT ENDORSEMENT OF
PROTECTIVE ORDER**

     BEFORE THE COURT is the Joint Motion to Approve Stipulated Protective Order (ECF 134) and Motion for Expedited hearing thereon (ECF 136).  The parties jointly request the court to enter a protective order concerning the confidentiality of certain discoverable information in this case.  The parties, without court  participation, have agreed on an 18-page stipulated protective order (ECF 134-1) concerning the manner in which they propose to treat information designated as "confidential".  The parties are free to so agree, and cooperation in discovery matters is encouraged by the court.

     The parties proposal however is a "blanket" protective order which contains a broad definition of "confidential." (ECF 134-1 ¶ 3).  "Blanket" protective orders are by their very nature overinclusive. See *Foltz v. State Farm Ins. Co.*, 331 F.3d 1122 (9th Cir. 2003).  The proposed order also contains an elaborate procedure for filing documents under seal. (ECF 134-1 ¶¶ 14-16).  There is a "strong presumption in favor of access" to documents filed with the court. *Id.* at 1135.  In order for the court to issue a protective order, a party must demonstrate "good cause" and "a party asserting good cause bears the

ORDER - 1

burden, for each particular document it seeks to protect, of showing that specific prejudice or harm will result if no protective order is granted." *Id.* at 1130. As the parties request is for a "blanket" order protecting all information to be designated as "confidential," there has been no particularized showing as to any specific document. Accordingly,

**IT IS HEREBY ORDERED:**

1. The Motion for Expedited Hearing (ECF 136) is **GRANTED**.

2. The Joint Motion to Approve Stipulated Protective Order (ECF 134) is **DENIED**. The denial of court participation in the agreement between the parties does not affect the validity of the agreement between the parties concerning confidential information exchanged during pretrial discovery, nor does this Order limit a party's ability to request from the court that specific documents which must be filed shall be under seal if good cause is shown.

**IT IS SO ORDERED**. The Clerk is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this 15th day of February 2011.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE