1  Barry M. Kaplan, WSBA #8661                    Honorable Justin L. Quackenbush
   Claire Loebs Davis, WSBA #39812
2  **WILSON SONSINI GOODRICH & ROSATI**
   Professional Corporation
3  701 Fifth Avenue, Suite 5100
   Seattle, WA  98104-7036
4  Telephone:  (206) 883-2500
   Facsimile:   (206) 883-2699
5  Email:  bkaplan@wsgr.com
   Email:  cldavis@wsgr.com
6
   Attorneys for Defendants
7  Ambassadors Group Inc.,
   Jeffrey D. Thomas, and Margaret M. Thomas
8

9                       UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF WASHINGTON
10

11 | PLUMBERS UNION LOCAL NO. 12 PENSION FUND and MARTA/ATU LOCAL 732 EMPLOYEES RETIREMENT PLAN, Individually and on Behalf of All Others Similarly Situated, | CASE NO.: 09-CV-00214 JLQ |
   |---|---|
   | | CLASS ACTION |
   | | **NOTICE OF HEARING ON MOTION FOR ADMISSION OF BRYSON S. SANTAGUIDA *PRO HAC VICE* AS COUNSEL FOR DEFENDANTS** |
   | Plaintiffs, | |
   | v. | |
   | AMBASSADORS GROUP INC., et al., | |
   | Defendants. | |

19     Please take notice that pursuant to Local Rules 7.1(h) and 83.2(c) of the

20 United States District Court for the Eastern District of Washington, Defendants

21 respectfully move this Court to consider and determine its Motion for Admission

22 *Pro Hac Vice* of Bryson S. Santaguida, on March 24, 2011, at 6:30 p.m. or any

23 other date it may deem appropriate for a decision before the Honorable Justin L.

24 NOTICE OF HEARING ON MOTION FOR
   ADMISSION OF BRYSON S. SANTAGUIDA *PRO
   HAC VICE* AS COUNSEL FOR DEFENDANTS
   CASE NO.: 09-CV-00214-JLQ                           1

**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

1  Quackenbush, for Eastern District of Washington, United States District Court

2  Judge, United States District Court, 840 U.S. Courthouse, 920 West Riverside

3  Avenue, Spokane, Washington.  No oral argument is requested.

4

5  Dated:  February 22, 2011

6                                   s/ Barry M. Kaplan
                                 Barry M. Kaplan, WSBA #8661
Claire Loebs Davis, WSBA #39812
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Telephone:  (206) 883-2500
Facsimile:  (206) 883-2699
Email:  bkaplan@wsgr.com
Email:  cldavis@wsgr.com

Attorneys for Defendants
Ambassadors Group Inc., Jeffrey D.
Thomas, and Margaret M. Thomas

NOTICE OF HEARING ON MOTION FOR
ADMISSION OF BRYSON S. SANTAGUIDA *PRO
HAC VICE* AS COUNSEL FOR DEFENDANTS
CASE NO.: 09-CV-00214-JLQ

**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

2

# CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Karl P. Barth
karlb@hbsslaw.com

Tyler S. Weaver
tyler@hbsslaw.com

Barry M. Kaplan
bkaplan@wsgr.com

Claire Loebs Davis
cldavis@wsgr.com

Stellman Keehnel
stellman.keehnel@dlapiper.com

Bradley T. Meissner
bradley.meissner@dlapiper.com

Mario Alba, Jr.
malba@rgrdlaw.com

John K. Grant
jgrant@rgrdlaw.com

David A. Rosenfeld
drosenfeld@rgrdlaw.com

Samuel H. Rudman
srudman@rgrdlaw.com

Matthew Melamed
mmelamed@rgrdlaw.com

Dated: February 22, 2011

s/ Barry M. Kaplan
Barry M. Kaplan, WSBA #8661

NOTICE OF HEARING ON MOTION FOR ADMISSION OF BRYSON S. SANTAGUIDA *PRO HAC VICE* AS COUNSEL FOR DEFENDANTS
CASE NO.: 09-CV-00214-JLQ

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

3