THE HONORABLE JUSTIN L. QUACKENBUSH

STEVE W. BERMAN, WSBA #12536
KARL P. BARTH, WSBA #22780
TYLER S. WEAVER, WSBA #29413
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: 206/623-7292
Facsimile: 206/623-0594

*Liaison Counsel*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

AT SPOKANE

| | |
|---|---|
| PLUMBERS UNION LOCAL NO. 12 PENSION FUND, Individually and on Behalf of All Others Similarly Situated, | No. 2:09-cv-00214-JLQ |
| Plaintiff, | CLASS ACTION |
| vs. | AMENDED NOTICE OF HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT |
| AMBASSADORS GROUP INC., et al., | |
| Defendants. | [WITHOUT ORAL ARGUMENT] |
| | Hearing Date: August 15, 2011<br>Time: 6:30 p.m. |

637411_1

AMENDED NOTICE OF HEARING ON MOTION
FOR PRELIMINARY APPROVAL OF
SETTLEMENT (2:09-cv-00214-JLQ)

HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300, Seattle, Washington 98101
Telephone: 206/623-7292 • Fax: 206/623-0594

1  TO: THE CLERK OF THE COURT

2  AND TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

3  Please take notice that pursuant to Federal Rule of Civil Procedure 23(e),
4  plaintiff will respectfully move this Court to consider and determine its motion for
5  preliminary approval of the proposed class action settlement, or any other date it may
6  deem appropriate for a decision before the Honorable Justin L. Quackenbush, for the
7  Eastern District of Washington, Senior United States District Judge, United States
8  District Court, 840 U.S. Courthouse, 920 West Riverside Avenue, Spokane,
9  Washington. No oral argument is requested.

10  Respectfully submitted this 14th day of July, 2011.

HAGENS BERMAN SOBOL SHAPIRO LLP
STEVE W. BERMAN, WSBA #12536
KARL P. BARTH, WSBA #22780
TYLER S. WEAVER. WSBA #29413


                /s/ Karl P. Barth
                KARL P. BARTH

1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: 206/623-7292
206/623-0594 (fax)
E-mail: steve@hbsslaw.com
E-mail: karlb@hbsslaw.com
E-mail: tvler@hbsslaw.com

Liaison Counsel for Plaintiff

637411_1

AMENDED NOTICE OF HEARING ON MOTION
FOR PRELIMINARY APPROVAL OF    - 1 -
SETTLEMENT (2:09-cv-00214-JLQ)

HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300, Seattle, Washington 98101
Telephone: 206/623-7292 • Fax: 206/623-0594

| | |
|---|---|
| 1 | |
| 2 | ROBBINS GELLER RUDMAN |
| |   & DOWD LLP |
| 3 | JOHN K. GRANT |
| | MATTHEW S. MELAMED |
| 4 | Post Montgomery Center |
| | One Montgomery Street, Suite 1800 |
| 5 | San Francisco, CA  94104 |
| | Telephone:  415/288-4545 |
| 6 | 415/288-4534 (fax) |
| | E-mail: jgrant@rgrdlaw.com |
| 7 | E-mail: mmelamed@rgrdlaw.com |

ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN K. GRANT
MATTHEW S. MELAMED
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail: jgrant@rgrdlaw.com
E-mail: mmelamed@rgrdlaw.com

Lead Counsel for Plaintiff

ROBERT M. CHEVERIE
  & ASSOCIATES
GREGORY CAMPORA
Commerce Center One
333 E. River Drive, Suite 101
East Hartford, CT  06108
Telephone:  860/290-9610

Additional Counsel for Plaintiff

637411_1

AMENDED NOTICE OF HEARING ON MOTION
FOR PRELIMINARY APPROVAL OF
SETTLEMENT (2:09-cv-00214-JLQ)

- 2 -

HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300, Seattle, Washington  98101
Telephone: 206/623-7292 • Fax: 206/623-0594

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on July 14, 2011, I electronically filed the foregoing |
| 3 | with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: |
| 4 | |
| 5 | Mario Alba, Jr.<br>Robbins Geller Rudman & Dowd LLP |
| 6 | E-mail: malba@rgrdlaw.com |
| 7 | |
| 8 | Karl P. Barth, WSBA No. 22780<br>Hagens Berman Sobol Shapiro LLP |
| 9 | E-mail: Karlb@hbsslaw.com |
| 10 | John K. Grant |
| 11 | Robbins Geller Rudman & Dowd LLP<br>E-mail: jgrant@rgrdlaw.com |
| 12 | |
| 13 | Douglas W. Greene, WSBA No. 22844<br>Wilson Sonsini Goodrich & Rosati |
| 14 | E-mail: dgreene@wsgr.com |
| 15 | |
| 16 | Barry M. Kaplan, WSBA No. 8661<br>Wilson Sonsini Goodrich & Rosati |
| 17 | E-mail: bkaplan@wsgr.com |
| 18 | Stellman Keehnel, WSBA No. 9309 |
| 19 | DLA Piper LLP (US)<br>E-mail: stellman.keehnel@dlapiper.com |
| 20 | |
| 21 | David A. Rosenfeld<br>Robbins Geller Rudman & Dowd LLP |
| 22 | E-mail: drosenfeld@rgrdlaw.com |
| 23 | |
| 24 | Samuel H. Rudman<br>Robbins Geller Rudman & Dowd LLP |
| 25 | E-mail: srudman@rgrdlaw.com |
| 26 | |

637411_1

AMENDED NOTICE OF HEARING ON MOTION
FOR PRELIMINARY APPROVAL OF
SETTLEMENT (2:09-cv-00214-JLQ)

- 3 -

HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300, Seattle, Washington 98101
Telephone: 206/623-7292 • Fax: 206/623-0594

| | |
|---|---|
| 1 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 2 | By /s/ Karl P. Barth |
| 3 | Karl P. Barth, WSBA No. 22780 |
| 4 | 1918 8th Avenue, Suite 3300<br>Seattle, WA 98101 |
| 5 | Telephone: (206) 623-7292 |
| 6 | Facsimile: (206) 623-0594<br>E-mail: karl@hbsslaw.com |
| 7 | |
| 8 | Liaison Counsel for Plaintiff |

637411_1

AMENDED NOTICE OF HEARING ON MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT (2:09-cv-00214-JLQ)

- 4 -

HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300, Seattle, Washington 98101
Telephone: 206/623-7292 • Fax: 206/623-0594