# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PLUMBERS UNION LOCAL NO 12 PENSION FUND, <br><br>                    Plaintiff. <br>   -vs- <br><br> AMBASSADORS GROUP INC., et al., <br><br>                    Defendants. | **Case No.**   CV-09-214-JLQ <br> CIVIL MINUTES <br><br> **DATE:**   AUGUST 16, 2011 <br> **LOCATION:**   SPOKANE <br><br> **TELEPHONIC CONFERENCE** |

| | Justin L. Quackenbush | |
|---|---|---|
| Lee Ann Mauk | Jeremy Johnson | Debra Clark |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Joy Ann Bull, Tyler S. Weaver, John K. Grant |  | Barry M. Kaplan, Claire Loebs Davis |
| **Plaintiff's Counsel** | | **Defendants' Counsel** |

[ ] Open Court        [X] Chambers        [ X ] Telecon

Initial comments presented by Court.

Court and counsel discuss drafts of Notice to Class and Proof of Claim.

Court will receive additional comments from counsel until September 12, 2011.

| **CONVENED:** 1:30 PM | **ADJOURNED:** 2:00 PM | **TIME:** 0:30 | **CALENDARED** [ ] |
|---|---|---|---|