UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

PLUMBERS UNION LOCAL NO. 12, et al,)
)
         Plaintiffs,   )  No. 2:09-cv-00214-JLQ
)
  vs.         )  SUPPLEMENTAL MEMORANDUM
)  RE: FAIRNESS HEARING
AMBASSADORS GROUP, INC., et al  )
)
         Defendants.   )
_____ )

    In its fiduciary role concerning the proposed settlement and award of fees and costs, the court has continued to review the billings of counsel for the Plaintiff class. In fairness to counsel the court is making it aware of the court's further concerns.

    In its Memorandum (ECF No. 190) of November 23, 2011, the court, at paragraph 5, referred to and expressed its concerns as to the billed fees in the amount of $52,257.50 for preparation of the Amended Complaint. Of even greater concern to the court is that the true billings for the preparation and filing of the Complaint and Amended Complaint as set forth at page 143 of the attachment to ECF No. 181-3 were in the amount of $132, 906.00.

    The court has also calculated the fees billed for the unopposed Motion For Class Certification as $33,996 being a total of 98 hours for the preparation of the unopposed Motion To Certify.

    The Clerk shall enter this Order and furnish copies to counsel.

    Dated this 28th day of November, 2011.

                    s/ Justin L. Quackenbush
                    JUSTIN L. QUACKENBUSH
          SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1