THE HONORABLE JUSTIN L. QUACKENBUSH

HAGENS BERMAN SOBOL SHAPIRO LLP
STEVE W. BERMAN, WSBA #12536
KARL P. BARTH, WSBA #22780
TYLER S. WEAVER, WSBA #29413
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: 206/623-7292
206/623-0594 (fax)

Liaison Counsel

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

AT SPOKANE

|  |  |
|---|---|
| PLUMBERS UNION LOCAL NO. 12 PENSION FUND, Individually and on Behalf of All Others Similarly Situated, ) ) ) | No. 2:09-cv-00214-JLQ |
| Plaintiff, ) | CLASS ACTION |
| vs. ) | DECLARATION OF DARREN J. ROBBINS IN SUPPORT OF MOTION FOR DARREN J. ROBBINS TO APPEAR AND PARTICIPATE *PRO HAC VICE* AS COUNSEL FOR PLAINTIFF |
| AMBASSADORS GROUP INC., et al., ) | |
| Defendants. ) | |

695042_1

DECLARATION OF DARREN J. ROBBINS IN
SUPPORT OF MOTION FOR DARREN J.
ROBBINS TO APPEAR AND PARTICIPATE *PRO
HAC VICE* AS COUNSEL FOR PLAINTIFF
(2:09-cv-00214-JLQ)

1

HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300, Seattle, Washington 98101
Telephone: 206/623-7292 • Fax: 206/623-0594

I, DARREN J. ROBBINS, declare under penalty of perjury the following:

1.      I am a partner with the law firm Robbins Geller Rudman & Dowd LLP, 655 West Broadway, Suite 1900, San Diego, CA 92101, (619) 231-1058, lead counsel for plaintiff in this action.  I make this declaration in support of my application to appear and participate *Pro Hac Vice* as attorney for plaintiff in this case.

2.      I have been admitted to practice by the following courts on the dates provided:

- United States District Court, Southern District of California, August 19, 1994
- United States District Court, Central District of California, September 12, 1994
- United States District Court, Northern District of California, September 12, 1994
- United States District Court, District of Colorado, December 7, 2001
- United States District Court, Eastern District of Wisconsin, January 26, 2006
- United States Court of Appeals, Ninth Circuit, November 18, 2008

3.      I am currently a member in good standing of California and the aforementioned courts.

4.      Karl P. Barth, WSBA #22780, of Hagens Berman Sobol Shapiro LLP, 1918 Eighth Avenue, Suite 3300, Seattle, WA 98101, Tel.: (206) 623-7292, is counsel admitted to practice law in the State of Washington and before this Court, with whom I am associated for the purpose of this action.

5.      It is necessary for me to appear and participate in this action to respond in writing to the matters referenced in this Court's February 28, 2012 Interim Memorandum.

695042_1

DECLARATION OF DARREN J. ROBBINS IN
SUPPORT OF MOTION FOR DARREN J.
ROBBINS TO APPEAR AND PARTICIPATE *PRO
HAC VICE* AS COUNSEL FOR PLAINTIFF
(2:09-cv-00214-JLQ)

2

HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300, Seattle, Washington 98101
Telephone: 206/623-7292 • Fax: 206/623-0594

6.    I have never been subject to any disciplinary sanctions by any court or any bar association.

7.    I have read this Court's Local Rules, including Local Rule 83.2(c) and am familiar therewith.

Executed this 18th day of March, 2012, at San Diego, California.

DARREN J. ROBBINS

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
E-mail: darrenr@rgrdlaw.com

DECLARATION OF DARREN J. ROBBINS IN
SUPPORT OF MOTION FOR DARREN J.
ROBBINS TO APPEAR AND PARTICIPATE *PRO
HAC VICE* AS COUNSEL FOR PLAINTIFF
(2:09-cv-00214-JLQ)

3

HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300, Seattle, Washington 98101
Telephone: 206/623-7292 • Fax: 206/623-0594

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Barry M. Kaplan: bkaplan@wsgr.com, plane@wsgr.com, rcarter@wsgr.com

Bryson Scott Santaguida:  bsantaguida@wsgr.com

Claire Loebs Davis:  cldavis@wsgr.com, plane@wsgr.com, rcarter@wsgr.com

David A. Rosenfeld:  drosenfeld@rgrdlaw.com, e_file_ny@rgrdlaw.com

John Kevin Grant:  jgrant@rgrdlaw.com, e_file_sd@rgrdlaw.com, e_file_sf@rgrdlaw.com, khuang@rgrdlaw.com, mmelamed@rgrdlaw.com

Joy Ann Bull:  joyb@rgrdlaw.com, jstark@rgrdlaw.com

Karl P. Barth:  karlb@hbsslaw.com, dawn@hbsslaw.com, shelbys@hbsslaw.com

Mario Alba, Jr.:  malba@rgrdlaw.com, e_file_ny@rgrdlaw.com, e_file_sf@rgrdlaw.com, jgrant@rgrdlaw.com, khuang@rgrdlaw.com

Matthew S. Melamed:  mmelamed@rgrdlaw.com

Samuel H. Rudman:  srudman@rgrdlaw.com, e_file_ny@rgrdlaw.com

Stellman Keehnel:  stellman.keehnel@dlapiper.com, karen.hansen@dlapiper.com, nina.marie@dlapiper.com, patsy.howson@dlapiper.com

Tyler S. Weaver:  tyler@hbsslaw.com

Dated this 19th day of March, 2012.

By:  s/ Karl P. Barth
Karl P. Barth, WSBA #22780

CERTIFICATE OF SERVICE
Case No. 09-CV-00214 JLQ

HAGENS BERMAN

1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

4

010165-11 401433 V1