THE HONORABLE JUSTIN L. QUACKENBUSH

HAGENS BERMAN SOBOL SHAPIRO LLP
STEVE W. BERMAN, WSBA #12536
KARL P. BARTH, WSBA #22780
TYLER S. WEAVER, WSBA #29413
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: 206/623-7292
206/623-0594 (fax)

Liaison Counsel

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

AT SPOKANE

| | |
|---|---|
| PLUMBERS UNION LOCAL NO. 12 PENSION FUND, Individually and on Behalf of All Others Similarly Situated, ) ) ) ) | No. 2:09-cv-00214-JLQ |
| Plaintiff, ) | CLASS ACTION |
| ) | RESPONSE OF JOY ANN BULL, JOHN K. GRANT AND ROBBINS GELLER RUDMAN & DOWD LLP TO THE COURT'S FEBRUARY 28, 2012 INTERIM MEMORANDUM |
| vs. ) | |
| AMBASSADORS GROUP INC., et al., ) | |
| Defendants. ) | |

RESPONSE OF JOY ANN BULL, JOHN K.
GRANT AND ROBBINS GELLER RUDMAN &
DOWD LLP TO THE COURT'S FEBRUARY 28,
2012 INTERIM MEMORANDUM
(2:09-cv-00214-JLQ)

1

1    On February 28, 2012, the Court ordered attorneys Joy Ann Bull, John K. Grant

2  and Robbins Geller Rudman & Dowd LLP to respond in writing to the matters

3  referenced in the Court's Interim Memorandum.  The Declaration of Joy Ann Bull in

4  Response to the Interim Memorandum dated February 28, 2012 is attached hereto as

5  Exhibit A.  The Declaration of John K. Grant in Response to the Court's February 28,

6  2012 Interim Memorandum is attached hereto as Exhibit B.  The Submission of

7  Robbins Geller Rudman & Dowd LLP in Response to the Court's February 28, 2012

8  Interim Memorandum is attached hereto as Exhibit C.  The Robbins Geller Rudman &

9  Dowd LLP Submission is signed by Darren J. Robbins and Michael J. Dowd on behalf

10  of their law firm.  Mr. Robbins and Mr. Dowd are contemporaneously filing motions

11  to appear and participate *pro hac vice*.

12  DATED:  March 19, 2012          HAGENS BERMAN SOBOL SHAPIRO LLP
                                    STEVE W. BERMAN, WSBA #12536
13                                  KARL P. BARTH, WSBA #22780
                                    TYLER S. WEAVER, WSBA #29413
14

15                                        s/Karl P. Barth
                                    _____
16                                        KARL P. BARTH

17                                  1918 Eighth Avenue, Suite 3300
                                    Seattle, WA  98101
18                                  Telephone:  206/623-7292
                                    206/623-0594 (fax)
19                                  E-mail: steve@hbsslaw.com
                                    E-mail: karlb@hbsslaw.com
20                                  E-mail: tyler@hbsslaw.com

21                                  Liaison Counsel for Plaintiff

22

23

24

25

26

RESPONSE OF JOY ANN BULL, JOHN K.
GRANT AND ROBBINS GELLER RUDMAN &
DOWD LLP TO THE COURT'S FEBRUARY 28,
2012 INTERIM MEMORANDUM
(2:09-cv-00214-JLQ))

2

HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300, Seattle, Washington  98101
Telephone: 206/623-7292 • Fax: 206/623-0594

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ROBBINS GELLER RUDMAN
   & DOWD LLP
JOHN K. GRANT
MATTHEW S. MELAMED
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail: jgrant@rgrdlaw.com
E-mail: mmelamed@rgrdlaw.com

Lead Counsel for Plaintiff

ROBERT M. CHEVERIE
   & ASSOCIATES
GREGORY CAMPORA
Commerce Center One
333 E. River Drive, Suite 101
East Hartford, CT 06108
Telephone: 860/290-9610

Additional Counsel for Plaintiff

RESPONSE OF JOY ANN BULL, JOHN K.
GRANT AND ROBBINS GELLER RUDMAN &
DOWD LLP TO THE COURT'S FEBRUARY 28,
2012 INTERIM MEMORANDUM
(2:09-cv-00214-JLQ))

3

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that on March 19, 2012, I electronically filed the foregoing

3   with the Clerk of the Court using the CM/ECF system which will send notification

4   of such filing to the following:

5   Barry M. Kaplan: bkaplan@wsgr.com, plane@wsgr.com, rcarter@wsgr.com

6
    Bryson Scott Santaguida:  bsantaguida@wsgr.com
7

8   Claire Loebs Davis:  cldavis@wsgr.com, plane@wsgr.com, rcarter@wsgr.com

9   David A. Rosenfeld:  drosenfeld@rgrdlaw.com, e_file_ny@rgrdlaw.com

10  John Kevin Grant:  jgrant@rgrdlaw.com, e_file_sd@rgrdlaw.com,
11  e_file_sf@rgrdlaw.com, khuang@rgrdlaw.com, mmelamed@rgrdlaw.com

12  Joy Ann Bull:  joyb@rgrdlaw.com, jstark@rgrdlaw.com
13

14  Karl P. Barth:  karlb@hbsslaw.com, dawn@hbsslaw.com, shelbys@hbsslaw.com

15  Mario Alba, Jr.:  malba@rgrdlaw.com, e_file_ny@rgrdlaw.com,
16  e_file_sf@rgrdlaw.com, jgrant@rgrdlaw.com, khuang@rgrdlaw.com

17  Matthew S. Melamed:  mmelamed@rgrdlaw.com

18
    Samuel H. Rudman:  srudman@rgrdlaw.com, e_file_ny@rgrdlaw.com
19

20  Stellman Keehnel:  stellman.keehnel@dlapiper.com, karen.hansen@dlapiper.com,
    nina.marie@dlapiper.com, patsy.howson@dlapiper.com
21

22  Tyler S. Weaver:  tyler@hbsslaw.com

23          Dated this 19th day of March, 2012.

24

25                              By:  s/ Karl P. Barth
                                     Karl P. Barth, WSBA #22780
26

CERTIFICATE OF SERVICE
Case No. 09-CV-00214 JLQ

HB   HAGENS BERMAN

1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

4

010165-11  401433 V1