United States District Court
Eastern District of Washington
949 Thomas S. Foley United States Courthouse
P.O. Box 1432
Spokane, Washington 99210-1432
(509) 458-5280

Justin L. Quackenbush
Senior Judge

# *MEMORANDUM*

**TO:** COUNSEL IN PLUMBERS v. AMBASSADORS; E.D. WA. CV-09-214-JLQ

**FROM:** LEE ANN MAUK, JUDICIAL ASSISTANT TO JUDGE JUSTIN L. QUACKENBUSH

**DATE:** March 12, 2012

**RE:** ANONYMOUS LETTER

In accordance with Judge Quackenbush's standing practice to notify counsel of any ex parte contact in matters being heard by him, I am forwarding a copy of a recent anonymous letter and its envelope received in this chambers.

Encl: Copy of letter and envelope

cc: Attorneys Grant, Bull, & Barth for Plaintiffs
    Attorneys Kaplan and Davis for Ambassadors
    Attorney Stellman Keehnel for Byrd