United States District Court
Eastern District of Washington
919 Thomas S. Foley United States Courthouse
P.O. Box 1432
Spokane, Washington 99210-1432
(509) 458-5280

Justin L. Quackenbush
Senior Judge

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 05 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

# MEMORANDUM

TO:     COUNSEL IN <u>PLUMBERS v. AMBASSADORS</u>; E.D. WA. CV-09-214-JLQ

FROM:     LEE ANN MAUK, JUDICIAL ASSISTANT TO JUDGE JUSTIN L. QUACKENBUSH

DATE:     April 3, 2012

RE:     EX PARTE LETTER

In accordance with Judge Quackenbush's standing practice to notify counsel of any ex parte contact in matters being heard by him, I am forwarding a copy of a recent letter dated March 29, 2012 - received in this chambers on April 2, 2012.

Encl: Copy of letter

cc:     Attorneys Grant, Bull, & Barth for Plaintiffs
       Attorneys Kaplan and Davis for Ambassadors
       Atty Stellman Keehnel for Byrd