United States District Court
Eastern District of Washington
919 Thomas S. Foley United States Courthouse
P. O. Box 1432
Spokane, Washington 99210-1432
(509) 353-2180

Justin L. Quackenbush
Senior Judge

# MEMORANDUM

**TO:** COUNSEL IN <u>PLUMBERS v. AMBASSADORS</u>; E.D. WA. CV-09-214-JLQ

**FROM:** LEE ANN MAUK, JUDICIAL ASSISTANT TO JUDGE JUSTIN L. QUACKENBUSH

**DATE:** April 6, 2012

**RE:** EX PARTE LETTER

In accordance with Judge Quackenbush's standing practice to notify counsel of any ex parte contact in matters being heard by him, I am forwarding a copy of a recent anonymous letter, received in this chambers on April 5, 2012.

The court has not read the attachments to this anonymous letter. The court will make the attachments available to counsel upon request.

Encl: Copy of letter

cc: Attorneys Grant, Bull, & Barth for Plaintiffs
    Attorneys Kaplan and Davis for Ambassadors
    Attorney Stellman Keehnel for Byrd