United States District Court
Eastern District of Washington
949 Thomas S. Foley United States Courthouse
P. O. Box 1432
Spokane, Washington 99210-1432
(509) 353-2180

Justin L. Quackenbush
Senior Judge

# MEMORANDUM

TO:     COUNSEL IN <u>PLUMBERS v. AMBASSADORS</u>; E.D. WA. CV-09-214-JLQ

FROM:   LEE ANN MAUK, JUDICIAL ASSISTANT TO JUDGE JUSTIN L. QUACKENBUSH

DATE:   April 12, 2012

RE:     EX PARTE LETTER

In accordance with Judge Quackenbush's standing practice to notify counsel of any ex parte contact in matters being heard by him, I am forwarding a copy of a recent ex parte letter, dated April 6, 2012 - received in this chambers on April 10, 2012.

The court has not read the attachments to this letter. The court will make the attachments available to counsel upon request.

Encl: Copy of letter
cc:    Attorneys Grant, Bull, & Barth for Plaintiffs
       Attorneys Kaplan and Davis for Ambassadors
       Attorney Stellman Keehnel for Byrd
       Author of Letter